UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CHAD A. CLAYTON,                                                                                             Plaintiff,

v.                                                                         Civil Action No. 3:17-cv-131-DJH-CHL

HUGHES ENVIRONMENTAL, INC.,                                                              Defendant.

\* \* \* \* \*

## ORDER

The parties have filed a stipulation of dismissal with prejudice signed by all parties who have appeared. (Docket No. 13) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and is **STRICKEN** from the Court's active docket. All dates and deadlines set in this matter are **VACATED**.

December 1, 2017

**David J. Hale, Judge**
**United States District Court**